**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

IN RE: Shea Gemayal-Jude Cheatham                              Case No. 15-36003-KLP
Debtor(s)

**Certification by Debtor(s) Requesting Plan Confirmation
and Compliance with Requirements of 11 U.S.C. § 1325**

THE DEBTOR(S) CERTIFY THAT THE STATEMENTS BELOW ARE TRUE AS OF THE DATE HEREOF AND THAT THEY WILL BE TRUE AS OF THE CONFIRMATION DATE OF THE CHAPTER 13 PLAN AND MAY BE RELIED UPON BY THE COURT UNLESS NOTICE IN WRITING TO THE CONTRARY IS GIVEN TO THE TRUSTEE AND THE COURT AT OR PRIOR TO SUCH TIME.

1. Select either A or B:

    _x_  A.  Since the filing of this bankruptcy case, the Debtor(s) have not been required by a judicial or administrative order, or by statute, to pay any domestic support obligation [as that term is defined in 11 U.S.C. §101(14A)].

    ___  B.  Debtor(s) have paid all amounts that first became due and payable after the filing of this bankruptcy case which Debtor(s) were required to pay under a domestic support obligation [as that term is defined in 11 U.S.C. § 101(14A)] required by a judicial or administrative order, or by statute.

| | | |
|---|---|---|
| Laura Taylor Alridge (VSB #42549) | Matthew R. Hahne (VSB #68213) | Boleman Law Firm, P.C. |
| G. Russell Boleman III (VSB #32484) | Lorin D. Hay (VSB #16921) | 2104 Laburnum Ave, Suite 201 |
| John R. Bollinger (VSB #46672) | Patrick T. Keith (VSB #48446) | P.O. Box 11588 |
| Veronica D. Brown-Moseley (VSB #87348) | Jennifer T. Langley (VSB #81454) | Richmond, VA 23230-1588 |
| Sarah R. Clarson (VSB #78953) | Mark C. Leffler (VSB #40712) | (804) 358-9900 |
| Linda W. Coppinger (VSB #19612) | Stephen Relyea (VSB #77236) | |
| Amanda E. DeBerry (VSB #83805) | Barry W. Spear (VSB #39152) | |
| Emily C. Fort (VSB #83889) | Christina P. Spratley (VSB #78906) | |
| Angela M. Haen (VSB #82173) | | |

2. Debtor(s) have filed all Federal, State, and local tax returns required by law to be filed for all taxable periods ending during the four year period ending on the date of the filing of this bankruptcy case.

The Debtor(s) acknowledge that all of the above statements are true and accurate and that the Court may rely upon the truth of each of these statements in determining whether to confirm the chapter 13 plan.  The Debtor(s) understand that the Court may revoke confirmation of the chapter 13 plan if the statements relied upon are not accurate.

Signed:

/s/ Shea Gemayal-Jude Cheatham
Debtor

## Attorney's Certification

I certify that I am counsel of record for the Debtor(s), that I have reviewed this Certification requesting confirmation of the chapter 13 plan with the Debtor(s), and that I am filing a copy of this document with the Court and with the Chapter 13 Trustee on November 30, 2015.

  /s/  Patrick Thomas Keith VSB 48446
Attorney for Debtor(s)
Laura Taylor Alridge (VSB #42549)
G. Russell Boleman III (VSB #32484)
John R. Bollinger (VSB #46672)
Veronica D. Brown-Moseley (VSB #87348)
Sarah R. Clarson (VSB #78953)
Linda W. Coppinger (VSB #19612)
Amanda E. DeBerry (VSB #83805)
Emily C. Fort (VSB #83889)
Angela M. Haen (VSB #82173)
Matthew R. Hahne (VSB #68213)
Lorin D. Hay (VSB #16921)
Patrick T. Keith (VSB #48446)
Jennifer T. Langley (VSB #81454)
Mark C. Leffler (VSB #40712)
Stephen F. Relyea (VSB #77236)
Barry W. Spear (VSB #39152)
Christina P. Spratley (VSB #78906)

Boleman Law Firm, P.C.
2104 Laburnum Ave, Suite 201
P.O. Box 11588
Richmond, Virginia 23230-1588